```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11374
   CARLOS L KALBRUNNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7040


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/26/2007 and was confirmed 08/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.13%.

     The case was dismissed after confirmation 09/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE         SECURED VEHIC     13514.10         1242.29         3524.20
OPTION ONE MORTGAGE       CURRENT MORTG         .00             .00             .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00             .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED          516.06             .00             .00
CHASE AUTO FINANCE        UNSECURED         2212.11             .00             .00
CHASE AUTO FINANCE        NOTICE ONLY     NOT FILED             .00             .00
CHASE BANK USA            NOTICE ONLY     NOT FILED             .00             .00
B-REAL LLC                UNSECURED         2260.30             .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED        11882.36             .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED             .00             .00
B-REAL LLC                UNSECURED        18392.48             .00             .00
ENHANCED RECOVERY CORP    NOTICE ONLY     NOT FILED             .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED             .00             .00
NORTHWEST ORTHOPEDICS     UNSECURED       NOT FILED             .00             .00
RESURRECTION MEDICAL CEN  UNSECURED       NOT FILED             .00             .00
RESURRECTION MEDICAL CEN  UNSECURED       NOT FILED             .00             .00
RMC EMERGENCY PHYSICIANS  UNSECURED       NOT FILED             .00             .00
HSBC AUTO FINANCE         NOTICE ONLY     NOT FILED             .00             .00
WILSHIRE CREDIT CORPORAT  NOTICE ONLY     NOT FILED             .00             .00
TIMOTHY K LIOU            DEBTOR ATTY      3,004.20                          395.62
TOM VAUGHN                TRUSTEE                                            392.89
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             5,555.00

PRIORITY                                      .00
SECURED                                  3,524.20
    INTEREST                             1,242.29

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11374 CARLOS L KALBRUNNER
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                      395.62
TRUSTEE COMPENSATION                                                392.89
DEBTOR REFUND                                                          .00
                                        ----------------    ----------------
TOTALS                                          5,555.00            5,555.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/22/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```